**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IYANLA JONES,<br>Plaintiff<br><br>vs.<br><br>EXPERIAN SOLUTIONS,<br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-00472-LMM |

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED** WITHOUT PREJUDICE due to Plaintiff's failure to prosecute her case and follow a lawful Order of the Court.

Dated at Atlanta, Georgia, this 1st day of August, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ T. Tran
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 1, 2024
Kevin P. Weimer
Clerk of Court

By: s/ T. Tran
Deputy Clerk